UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------

IN RE:  BK NO. 03-24815

CHARLES E & LADONNA J COSTELLO
    Debtor(s)

-----------------------------------------------------

*$5.86*
*#6455*
*8/31/09*

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    Charles & Ladonna Costello
    806 Holdridge Street
    Elmira NY 14904

2. Your Trustee's check for $5.86, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: August 26, 2009
    Rochester, NY        /s/_____
                                      GEORGE M. REIBER, TRUSTEE



FILED AUG 3 1 2009 BANKRUPTCY COURT ROCHESTER, NY